IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY FOSTER | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: AMD 01 CV 3227 |
| CHESAPEAKE SUPPLY & EQUIPMENT, INC. | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Upon consideration of Defendant's Motion to Compel Response to Discovery from Plaintiff, it is this 18th day of March, 2002 by the United States District Court for the District of Maryland, hereby

ORDERED that Defendant's Motion to Compel Response to Discovery from Plaintiff is **GRANTED** and that Plaintiff provide responses to the discovery requests within 7 days of this Order;



Andre Davis
Judge, United States District Court
for the District of Maryland