IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY FOSTER,
    Plaintiff

v.                                 CIVIL NO. AMD 01-3227

CHESAPEAKE SUPPLY &
EQUIPMENT, INC.,
    Defendant

...o0o...

ORDER

The unopposed motion to dismiss for failure to provide discovery filed by defendant has been read and considered. Although it appears that plaintiff has abandoned this litigation, I shall deny the motion without prejudice because it appears that it is plaintiff's counsel, rather than plaintiff himself, who is in default of his obligations. Counsel for defendant shall file a status report as required by the extant scheduling order and may renew the motion to dismiss at that time.

Accordingly, it is this 19th day of April, 2002, by the United States District Court for the District of Maryland, ORDERED

(1)    That the motion to dismiss is DENIED WITHOUT PREJUDICE; and it is further ORDERED

(2)    That the Clerk shall TRANSMIT a copy of this Order to all counsel.

ANDRÉ M. DAVIS
UNITED STATES DISTRICT JUDGE