IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY FOSTER | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: AMD 01 CV 3227 |
| CHESAPEAKE SUPPLY & EQUIPMENT, INC. | * | |
| | * | |
| Defendant | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of Defendant's Motion to Compel Response to Subpoena from North American Supply, Inc., it is this 19th day of April, 2002 by the United States District Court for the District of Maryland, hereby

ORDERED that Defendant's Motion to Compel Response to Subpoena from North American Supply, Inc. is **GRANTED**; and

ORDERED that North American Supply, Inc. is in contempt and must provide documents in response to the subpoena within 10 days of this Order; and it is further

[redacted]

Andre Davis
Judge, United States District Court
for the District of Maryland