IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY FOSTER, | : | |
|    Plaintiff | : | |
| | : | |
| v. | : | CIV. NO. AMD 01-3227 |
| | : | |
| CHESAPEAKE SUPPLY & | : | |
| EQUIPMENT, INC., | : | |
|    Defendants | : | |

...oOo...

MEMORANDUM

Plaintiff filed suit under ERISA against defendant, his employer, seeking "compensatory damages" of "$1,000,000." Ever since that auspicious commencement of the lawsuit, plaintiff's attorney has abandoned the case. For all of the reasons stated in defendant's motion dismiss, the case shall be dismissed with prejudice. An order follows.

Filed: April 29, 2002

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE