IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY FOSTER,  :
    Plaintiff  :
      :
    v.  :    CIV. NO. AMD 01-3227
      :
CHESAPEAKE SUPPLY &  :
EQUIPMENT, INC.,  :
    Defendants  :
    ...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 29th day of April, 2002, by the United States District Court for the District of Maryland, ORDERED

(1)    This case is DISMISSED WITH PREJUDICE; and it is further ORDERED

(2)    The Clerk shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to all counsel.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE